**UNITED STATES DISTRICT COURT**
**DISTRICT COLORADO**

| | |
|---|---|
| GS HOLISTIC, LLC,<br>Plaintiff,<br>v.<br>Maja Inc., et al,<br>Defendants, | Case No. 1:23-cv-01941-RMR-NRN<br><br>**CERTIFICATE OF SERVICE** |

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby certifies that on December 29, 2025, the Orders [DE 26 and DE 27] were mailed via Regular Mail to the Defendants Maja Inc., and Joshan Shrestha, at 1140 E South Boulder Road, Louisville, CO 80027.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this December 29, 2025, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030