IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GS HOLISTIC, LLC,

Plaintiff, Case No. 1:23-cv-01941-RMR-NRN

vs.

Maja Inc, et al.,

Defendants.
_______________________________________ /

**NOTICE OF DISMISSAL**

Plaintiff, GS Holistic, LLC, by and through its undersigned counsel, hereby files this Notice of Dismissal with Prejudice against Defendants Maja Inc. and Joshan Shrestha. Plaintiff and Defendants have resolved this dispute.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this March 25, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030